IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                                         CAUSE NO. 1:80CV450-LG-RHW

717.42 ACRES OF LAND, PETIT BOIS, INC., ET AL.              DEFENDANTS

ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING MOTIONS FILED BY ROSEMARY B. DEUTSCH

This cause comes before the Court on the Report and Recommendation of United States Magistrate Judge Robert Walker entered in this cause on July 8, 2015, concerning motions for disbursement of funds filed by Rosemary B. Deutsch. Magistrate Judge Walker conducted a hearing on June 25, 2015, at which counsel for the United States, John Stocks, Petit Bois, Inc., and Rosemary B. Deutsch appeared. After receiving testimony and evidence, Magistrate Judge Walker concluded that Rosemary B. Deutsch is entitled to all of the funds remaining on deposit in this case which were deposited in the names of Rhea Loeb Goldberg and A. Brunswick Goldberg. There was no controverting evidence presented at the hearing, and there has been no objection to the Magistrate Judge's facts or conclusions filed by any party.

Under these circumstances, the Court need only review the Report and Recommendation and determine whether it is either clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After review of this matter, the Court finds that the Report and Recommendation is neither clearly erroneous nor contrary to law. It will therefore be adopted as the opinion of

this Court.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Robert H. Walker entered in this cause on July 8, 2015 [40] should be, and the same hereby is, adopted as the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Motion for Disbursement of Funds [28] and Supplemental Motion for Disbursement of Funds [29] are **GRANTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk of Court shall issue a check payable to Rosemary B. Deutsch for all of the funds remaining on deposit in this case, and deliver same to her counsel of record, David C. Goff, at Deutsch, Kerrigan & Stiles, LLP, 2510 14th Street, Suite 1001, Gulfport, Mississippi, 39501.

**SO ORDERED AND ADJUDGED** this the 30th day of July, 2015.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE